Of Counsel:
CLAY CHAPMAN IWAMURA PULICE & NERVELL

CARLOS D. PEREZ-MESA, JR.        #5448
MICHELLE K. CHING                #10585
Topa Financial Center, Bishop Street Tower
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone:  (808) 535-8400
Facsimile:   (808) 535-8446

Attorney for Plaintiff
KATHLEEN KAU LOPEZ

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| KATHLEEN KAU LOPEZ,<br><br>        Plaintiff,<br><br> vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C. dba LONGS DRUGS #9825; JOHN DOES 1-10; JANE DOES 1-10; DOES CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | Case 1:19-cv-00008-SOM-RT<br><br>STIPULATION TO DISMISS WITHOUT PREJUDICE<br><br><br><br><br><br><br><br><br><br><br><br><br>Trial: Not Set |

## **STIPULATION TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is

hereby stipulated and agreed, by and between the undersigned, counsel for Plaintiff

KATHLEEN KAU LOPEZ ("Plaintiff"), and counsel for Defendant LONGS DRUG

STORES CALIFORNIA, L.L.C. dba LONGS DRUGS #9825 ("Defendant"), that

this matter is dismissed, without prejudice, as to all claims and all parties.  Plaintiff

is dismissing the litigation as the parties are bound by an agreement to arbitrate all

legal disputes prior to filing a civil action.  All counsel for parties appearing in this

case have signed this stipulation.

    /s/Carlos D. Perez-Mesa, Jr.
CARLOS D. PEREZ-MESA, JR.
MICHELLE K. CHING
  Attorneys for Plaintiff
  KATHLEEN KAU LOPEZ


    /s/ Darin R. Leong
DARIN R. LEONG
  Attorneys for Defendant
  LONGS DRUG STORES CALIFORNIA,
  L.L.C. dba LONGS DRUGS #9825

APPROVED AS TO FORM:



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

---

Kathleen Kau Lopez vs. LONGS DRUG STORES CALIFORNIA, L.L.C. dba
LONGS DRUGS #9825; STIPULATION TO DISMISS WITHOUT PREJUDICE